**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHROMAGEN VISION, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ROGER EICHENHOLTZ; MAXINE MORGAN,<br>INC.; MAXINE MORGAN DESIGN, LLC; and<br>CHROMAGEN USA, INC,<br><br>                    Defendants. | CIVIL ACTION NO. 11-2860 |

**PLAINTIFF'S MOTION FOR SANCTIONS**
**FOR CONTEMPT OF THE COURT'S ORDER OF SEPTEMBER 15, 2011**

Plaintiff ChromaGen Vision, LLC ("ChromaGen"), for the reasons set forth in the

accompanying Memorandum of Law, hereby moves this Court for an order finding defendant

Roger Eichenholtz in contempt of this Court's Preliminary Injunction of September 15, 2011,

and imposing sanctions in the form set forth in the Proposed Form of Order submitted herewith.

Respectfully submitted,

/s/ Christopher Hapka

Christopher Hapka
FELLHEIMER & EICHEN LLP
1800 John F. Kennedy Boulevard, Suite 1400
Philadelphia, PA 19103
T:  215.253.6632
F:  215.751.1744
chapka@fellheimer.net
*Attorneys for Plaintiff*

Dated:  May 31, 2012

1